**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| William Hardwick, et al., | ) | CV 05-2808 PHX NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| America West Airlines, Inc., | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Plaintiffs' Notice of Change of Judge (doc. # 16) is stricken, as there is no provision for such a notice under the Federal Rules of Civil Procedure.

   DATED this 16th day of November, 2005.

_____
Neil V. Wake
United States District Judge